CO-386-online
10/03

# United States District Court
# For the District of Columbia

QUALITY AIR SERVICES, LLC )
)
)
)
           Plaintiff )       Civil Action No._____
     vs )
)
MILWAUKEE VALVE COMPANY, INC. )
d/b/a HAMMOND VALVE COMPANY )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Quality Air Services, LLC   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Quality Air Services, LLC   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 480195
BAR IDENTIFICATION NO.

Kevin Byrnes
Print Name

3141 Fairview Park Drive, Suite 350
Address

Falls Church,   VA                    22042
City                  State                Zip Code

(703) 548-8400
Phone Number