# Affidavit of Process Server

**State of Wisconsin** County of:
- ☐ Dane
- ☐ Rock
- ☑ Columbia
- ☐ Sauk
- ☐ Iowa

Check here if: ___ DILHR or ___ USDC ✓ Dist. of **Columbia**

**Court/Appearance Date:** _____

**Case Number:** 1:08-cv-00690

**Quality Air Services Inc** vs **Milwaukee Valve Co. Inc dba Hammond Valve Co.**

I the undersigned, am an adult resident of the state and not a party to the action. I hereby, certify that on **April 28, 2008** at **10:55 a.m.**, I duly served/or attempted to serve, (see non service section)

**NAME:** Milwaukee Valve Co. Inc c/o CT Corp

- ☑ DEFENDANT
- ( ) PETITIONER
- ( ) GARNISHEE DEFENDANT
- ( ) RESPONDENT
- ( ) PLAINTIFF
- ( ) WITNESS
- ( ) OTHER ATTEMPT DATES _____

by serving **Tammy Horn** (Name), **Agent @ CT Corp** (Title) at

Home _____ Wisconsin
Business **8040 Excelsior Dr. #200** **Madison** Wisconsin

## Manner of Service:
- ☐ Personal Service
- ☑ Corporate Service: by leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
- ☐ After diligent search and inquiry, having made _____ attempts by leaving true & correct copies of the above documents with a competent member of the family over the age of 14, and informed that person of the contents thereof. (See other Attempt Dates)
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served. (Use only for evictions.)
- ☐ Other _____

**Non-Service:** after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

- ☐ Unknown at address
- ☐ Moved no forwarding
- ☐ Refuses to cooperate in acceptance
- ☐ Address does not exist
- ☐ Evading
- ☐ Service cancelled by litigant
- ☐ Not home three attempts
- ☐ Unable to serve in a timely fashion
- ☐ Search was conducted, whereabouts unknown

## Type of Documents:
- ( ) SUMMONS & COMPLAINT
- ☑ AUTHENTICATED SUMMONS & COMPLAINT
- ( ) EVICTION: SUMMONS & COMPLAINT
- ( ) NOTICE OF MOTION & MOTION
- ☑ OTHER: **Notice of Right to Consent (1) to Trial before US Judge (2) Initial ECF Order**
- ( ) ORDER TO SHOW CAUSE & AFFIDAVIT
- ( ) GARNISHEE SUMMONS & COMPLAINT EARNINGS - NON EARNINGS
- ( ) SUBPOENA - SUBPOENA DUCES TECUM
- ( ) SUMMONS AND PETITION
- ( ) NOTICE OF/TERMINATING TENANCY/PAY OR QUIT
- ( ) WRITTEN INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS.

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

NUMBER OF ATTEMPTS _____ NUMBER OF ADDRESSES ATTEMPTED (If more than one) _____

| SERVICE FEE | $ 40 | WITNESS FEE | $ |
| GARNISHEE FEE | $ | SEARCH FEE | $ |
| MAILING FEE | $ | MILEAGE | $ |

**Server's Name:** Don Smock (print)
**Server's Signature:** Don Smock

Subscribed and sworn to before me this **30** day of **April**, 20 **08**

_Dora K Price_
NOTARY PUBLIC, State of Wisconsin
My Commission expires **6-26-11**

*Ace Process Service, LLP*
*1715 Middleton St.*
*Middleton, WI 53562*
*608-575-4832*