UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br>12288 Wilkins Ave., Suite I<br>Rockville, Maryland  20852<br><br>          Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY,<br>INC. d/b/a HAMMOND VALVE<br>COMPANY,<br>16550 West Stratton Drive<br>New Berlin, Wisconsin, 53151<br><br>          Defendant. | <br><br><br><br><br><br>08 CV 00690 (ESH) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Comes now the Defendant, Milwaukee Valve Company, Inc., by and through its counsel, Whiteford, Taylor & Preston, LLC, and, with the consent of the Plaintiff, moves the Court for an additional 7 days within which to file its responsive pleadings in this case.

                    Respectfully submitted,


                      /s/ Jeffrey C. Seaman
                    Valerie L. Tetro, Esquire (#464450)
                    Jennifer S. Jackman, Esquire (#466922)
                    Jeffrey C. Seaman, Esquire (#466509)
                    Whiteford, Taylor & Preston, LLP
                    1025 Connecticut Avenue, N.W., Suite 400
                    Washington, D.C.  20036
                    (202) 659-6800/(202) 331-0573

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br>12288 Wilkins Ave., Suite I<br>Rockville, Maryland  20852<br><br>     Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY,<br>INC. d/b/a HAMMOND VALVE<br>COMPANY,<br>16550 West Stratton Drive<br>New Berlin, Wisconsin, 53151<br><br>     Defendant. | 08 CV 00690 (ESH) |

MEMORANDUM IN SUPPORT OF MOTION

This is a product liability action, in which the Plaintiff has alleged a manufacturing defect, fraud, breaches of express and implied warranties, and violation of the Consumer Protection Act.  The Plaintiff also asks the Court to issue a declaratory judgment against the Defendant.  The Plaintiff alleges millions of dollars in damages.

Because of the complex nature of the case, and the amount of information that must be assembled to respond to the Complaint, the Defendant has requested an additional 7 days within which to respond.  The Plaintiff has consented to the additional time.

Respectfully submitted,

  /s/ Jeffrey C. Seaman
Valerie L. Tetro, Esquire (#464450)
Jennifer S. Jackman, Esquire (#466922)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
(202) 659-6800/(202) 331-0573

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY, INC. d/b/a HAMMOND VALVE COMPANY,<br><br>Defendant. | 08 CV 00690 (ESH) |

ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS

Upon Consent Motion filed by the Defendant, the Court having considered the Motion, and there appearing sufficient cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Defendant shall have up to and including May 26, 2008 within which to file its responsive pleadings.

_____
Ellen Segal Huvelle, Judge

Copies:

Valerie L. Tetro
Kevin Byrnes
Francis X McCullough