UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br>12288 Wilkins Ave., Suite I<br>Rockville, Maryland  20852<br><br>      Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY,<br>INC. d/b/a HAMMOND VALVE<br>COMPANY,<br>16550 West Stratton Drive<br>New Berlin, Wisconsin, 53151<br><br>      Defendant. | 08 CV 00690 (ESH) |

**AMENDED CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Comes now the Defendant, Milwaukee Valve Company, Inc., by and through its counsel, Whiteford, Taylor & Preston, LLC, and, with the consent of the Plaintiff, moves the Court for an additional 8 days within which to file its responsive pleadings in this case.   This Motion Amends the previously filed Consent Motion for Extension of Time to File Responsive Pleadings, as the deadline set by the initial motion, May 26, is Memorial Day.  Thus, the Consent Motion is amended, with the Plaintiff's consent.

Respectfully submitted,


 /s/ Jeffrey C. Seaman
Valerie L. Tetro, Esquire (#464450)
Jennifer S. Jackman, Esquire (#466922)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C.  20036
(202) 659-6800/(202) 331-0573

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br><br>      Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY, INC. d/b/a HAMMOND VALVE COMPANY,<br><br>      Defendant. | 08 CV 00690 (ESH) |

**ORDER GRANTING AMENDED CONSENT MOTION
FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Upon Consent Motion filed by the Defendant, the Court having considered the Motion, and there appearing sufficient cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Defendant shall have up to and including May 27, 2008 within which to file its responsive pleadings.

                                                                     _____
                                                                     Ellen Segal Huvelle, Judge

Copies:

Valerie L. Tetro
Kevin Byrnes
Francis X McCullough