## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

QUALITY AIR SERVICES, LLC
12288 Wilkins Ave., Suite I
Rockville, Maryland  20852

        Plaintiff,

v.

MILWAUKEE VALVE COMPANY,
INC. d/b/a HAMMOND VALVE
COMPANY,
16550 West Stratton Drive
New Berlin, Wisconsin, 53151

        Defendant.

08 CV 00690 (ESH)

### NOTICE OF CHANGE OF ADDRESS

    Please note a change of address for Jeffrey C. Seaman, Esquire, formerly of

WMATA, 600 5th Street, N.W., Washington, D.C. 20002, (202) 962-1856.  The new

address and other information is as follows:

        Jeffrey C. Seaman, Esquire
        Whiteford, Taylor & Preston, LLP
        1025 Connecticut Avenue, N.W.
        Suite 400
        Washington, D.C. 20036-5405
        (202) 659-6800
        (202) 331-0573 (facsimile)
        Jseaman@wtplaw.com

Respectfully submitted,


/s/Jeffrey C. Seaman
Valerie L. Tetro, Esquire (#464450)
Jennifer S. Jackman, Esquire (#466922)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C.  20036
(202) 659-6800/(202) 331-0573


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically and by mail, first-class postage prepaid, this 20th day of May, 2008 to:

Kevin E. Byrnes
Francis X. McCullough
Grad, Logan & Klewans, P.C.
3141 Fairview Park Drive
Suite 350
Falls Church, VA 22042


/s/ Jeffrey C. Seaman
Jeffrey C. Seaman


*218773*