UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br>12288 Wilkins Ave., Suite I<br>Rockville, Maryland  20852<br><br>         Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY,<br>INC. d/b/a HAMMOND VALVE<br>COMPANY,<br>16550 West Stratton Drive<br>New Berlin, Wisconsin, 53151<br><br>         Defendant. | 08 CV 00690 (ESH) |

### DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Fed.R.Civ.P. 7.1 and LCvR 7.1, I, the undersigned counsel of record for MILWAUKEE VALVE COMPANY, INC., certify that, to the best of my knowledge and belief, MILWAUKEE VALVE COMPANY, INC., is not a publicly held company, nor does it have a parent company or any subsidiaries or affiliates that are publicly held.

Respectfully submitted,

 /s/ Valerie L. Tetro
Valerie L. Tetro, Esquire (#464450)
Jennifer S. Jackman, Esquire (#466922)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C.  20036
(202) 659-6800/(202) 331-0573 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically and by mail, first-class postage prepaid, this 29th day of May, 2008, to:

Kevin E. Byrnes, Esquire
Francis X. McCullough, Esquire
Grad, Logan & Klewans, P.C.
3141 Fairview Park Drive
Suite 350
Falls Church, VA  22042

                                                /s/ Valerie L. Tetro
                                                Valerie L. Tetro