## U.S. DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>MILWAUKEE VALVE COMPANY, INC.<br>d/b/a HAMMOND VALVE COMPANY<br><br>    Defendant. | Civil Action No. 08-0690 |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Comes now the Plaintiff, Quality Air Services, LLC, by and through its counsel, Grad, Logan & Klewans, P.C., and, with the consent of the Defendant, moves the Court for an additional 15 days within which to file its Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction.

                                                      Respectfully submitted,

                                                      QUALITY AIR SERVICES, LLC
                                                      *Plaintiff by Counsel*

GRAD, LOGAN and KLEWANS, P.C.

      /s/ K. Byrnes
Kevin Byrnes, Esq., DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2008, a true copy of the foregoing Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel, as follows:

Jeffrey C. Seaman, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, DC 20036
Telephone: 202-659-6800
Facsimile: 202-331-0573

                                            /s/ K. Byrnes
Kevin Byrnes, Esq., DC Bar #480195
GRAD, LOGAN and KLEWANS, P.C.
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUALITY AIR SERVICES, LLC   )
                            )
        Plaintiff,          )
                            )
v.                          )
                            )
MILWAUKEE VALVE COMPANY, INC.  )  Civil Action No. 08-0690
d/b/a HAMMOND VALVE COMPANY    )
                            )
        Defendant.          )

## MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

This is a product liability action in which the Defendant has filed a 40-page Motion to Dismiss for Lack of Jurisdiction.

Because of the complex nature of the case, and the amount of information that must be assembled to respond to the Motion, the Plaintiff has requested an additional 15 days within which to respond. The Defendant has consented to the additional time.

Respectfully submitted,

QUALITY AIR SERVICES, LLC
*Plaintiff by Counsel*

1

GRAD, LOGAN and KLEWANS, P.C.

/s/ K. Byrnes
Kevin Byrnes, Esq., DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2008, a true copy of the foregoing Memorandum in Support of Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel, as follows:

Jeffrey C. Seaman, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, DC 20036
Telephone: 202-659-6800
Facsimile: 202-331-0573
*Counsel for Defendant*

/s/ K. Byrnes
Kevin Byrnes, Esq., DC Bar #480195
GRAD, LOGAN and KLEWANS, P.C.
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUALITY AIR SERVICES, LLC )
)
Plaintiff, )
)
v. )
)
MILWAUKEE VALVE COMPANY, INC. ) Civil Action No. 08-0690
d/b/a HAMMOND VALVE COMPANY )
)
Defendant. )

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Upon Consent Motion filed by the Plaintiff, the Court having considered the Motion, and there appearing sufficient cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Plaintiff shall have up to and including June 23, 2008, within which to file its Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction.

                                                            _____
                                                            Ellen Segal Huvelle
                                                            United States District Judge

1