# U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILWAUKEE VALVE COMPANY, INC. )<br>d/b/a HAMMOND VALVE COMPANY )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:08-cv-00690 |

### PLAINTIFF'S SECOND REQUESTED CONTINUANCE
### TO FILE REPLY TO
### DEFENDANT'S MOTION TO DISMISS

Comes now the Plaintiff, Quality Air Services, LLC, by and through its counsel, Grad, Logan & Klewans, P.C., and states as follows:

This is a product liability action based on the claim by Plaintiff that Defendant produced defective water flow control valves that have been malfunctioning through breaks in the valves in Washington, D.C., and its metropolitan area.

Defendant has filed a 40-plus page motion to dismiss on grounds of lack of personal jurisdiction and has challenged the application of many of Plaintiff's theories.

Plaintiff consented to additional time to allow Defendant to file its pleading, and Defendant graciously consented to allowing Plaintiff additional time to respond. The Court approved the request, granting Plaintiff until Monday, June 23, 2008, to file a reply.

At the time Plaintiff sought its initial extension, Plaintiff's counsel was involved in a mediation that was expected to last two days and lead to a settlement. That

1

mediation and the subsequent settlement discussions are now into the end of their third week; and Plaintiff's counsel has been expending a principal amount of his workday trying to complete settlement discussions. In addition, Plaintiff's counsel has had several other matters that required immediate attention, including a client who required immediate representation before a state medical board as well as two federal cases that involved unexpected issues before the Court.

As a result Plaintiff has requested that Defendant consent to a further brief continuance of one week to address Defendant's lengthy dispositive motion, the resolution of which will affect many of the central issues in the case.

As this dispositive motion is an initial Defendant reply, there is no delay to any court scheduling order or prejudice to either party. The provision of an additional week will allow Plaintiff to appropriately respond to Defendant's submission. Plaintiff, thus, respectfully and humbly requests the Court grant an additional seven days until June 30, 2008, to allow Plaintiff to file a response.

Defendant has requested that it be allowed until July 15, 2008, to reply to Plaintiff's response to account for the impending July 4, 2008, holiday and the schedules of Defendant's counsel. Plaintiff has no objection to the granting of such a continuance.

It should also be noted that the parties have been conferring regarding the substantive issues, and as such are proceeding to address the substantive issues of this case, while also addressing the procedural motions.

Respectfully submitted,

QUALITY AIR SERVICES, LLC
*Plaintiff by Counsel*

GRAD, LOGAN and KLEWANS, P.C.

_____/s/ K. Byrnes_____
Kevin Byrnes, Esq., DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line:  703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2008, a true copy of the foregoing Plaintiff's Second Requested Continuance to File Reply to Defendant's Motion to Dismiss was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel, as follows:

Jeffrey C. Seaman, Esq.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, DC 20036
Telephone: 202-659-6800
Facsimile: 202-331-0573
jseaman@wtplaw.com
*Counsel for Defendant*

_____/s/ K. Byrnes_____
Kevin Byrnes, Esq., DC Bar #480195
GRAD, LOGAN and KLEWANS, P.C.
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line:  703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## U.S. DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE VALVE COMPANY, INC. <br> d/b/a HAMMOND VALVE COMPANY <br><br> Defendant. | Civil Action No. 1:08-cv-00690 |

### ORDER GRANTING PLAINTIFF'S SECOND REQUESTED CONTINUANCE FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S MOTION TO DISMISS

Upon request filed by the Plaintiff, the Court having considered the request, and there appearing sufficient cause therefor,

IT IS ORDERED that the request is GRANTED. Therefore, the Plaintiff shall have up to and including June 30, 2008, within which to file its Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction; and Defendant shall have up to and including July 15, 2008, within which to respond to Plaintiff' submission.

Ellen Segal Huvelle
United States District Judge

1