# U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY AIR SERVICES, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 00690 (ESH) |
| | ) |
| MILWAUKEE VALVE COMPANY, INC. | ) |
| d/b/a HAMMOND VALVE COMPANY | ) |
| | ) |
| Defendant. | ) |

## JOINT RULE 16.3(c) MEET AND CONFER REPORT

The parties, by their counsel, hereby submit their Joint Report pursuant to Local Civil Rule 16.3(c), and state:

1. Dispositive Motion: the Defendant filed, and the Court has ruled upon, a Motion to Dismiss.

2. The date by which other parties can be joined or the proceedings amended is agreed upon to be October 31, 2008.

3. The parties do not consent to assignment of the case to a magistrate judge at this time.

4. Until some initial discovery is conducted, the parties are unable to say whether or not settlement is likely.

5. The parties believe that mediation would be beneficial, after some initial discovery; however, it is not necessary that mediation await conclusion of all discovery.

6. The Defendant believes that the case may be disposed of by a motion for summary judgment at the conclusion of discovery. The Plaintiff does not believe that the case can

be disposed of by summary judgment. The Plaintiff proposes that dispositive motions be filed by January 15, 2009. The Defendant proposes that dispositive motions be filed by May 4, 2009.

7. The parties agree not to dispense with the initial disclosures required by Rule 26 (a) (1); said disclosures shall be made on or before September 15, 2008.

8. The parties agree that interrogatories, requests for production of documents, and requests for admissions may be propounded. Each side shall be limited to 35 interrogatories. Plaintiff proposes that each side be limited to 5 non-party depositions. Defendant proposes that each side shall be limited to 15 depositions, 30 requests for production and 25 requests for admission. Because the parties may seek proprietary information from each other, the parties agree that all such information will be produced pursuant to a protective order, and that, if such information is filed with the Court, it shall be filed under seal. The Plaintiff proposes that all discovery shall be completed no later than December 15, 2008. The Defendant proposes that all discovery shall be completed no later than March 30, 2009.

9. Plaintiff proposes that Plaintiff's expert witness reports are due no later than October 15, 2008, and that Defendant's expert witness reports shall be due no later than November 15, 2008. The Defendant Proposes that Plaintiff's expert witness reports are due no later than December 15, 2008, and that Defendant's expert witness reports are due no later than February 16, 2009.

10. The parties do not believe that bifurcation is appropriate in this case.

11. The Plaintiff proposes that the Court set a pretrial date for some time in February 2009. The Defendant proposes that the Court set a pretrial date for some time in July 2009.

12. The parties request that the Court set the trial date at the pretrial conference.

                               Respectfully submitted,

                               /s/ Valerie Tetro
                               Valerie L. Tetro, Esq. (#464450)
                               Jennifer S. Jackman, Esq. (#466922)
                               Jeffrey C. Seaman, Esq. (#466509)
                               Whiteford, Taylor & Preston, LLP
                               1025 Connecticut Ave., N.W., Suite 400
                               Washington, D.C. 20036
                               (202) 659-6800 / (202) 331-0573 (facsimile)
                               *Counsel for Defendant*

                               /s/ Kevin Byrnes
                               Kevin E. Byrnes, Esq. (#480195)
                               Francis X. McCullough, Esq. (#350918)
                               Grad, Logan & Klewans, P.C.
                               3141 Fairview Park Drive, Suite 350
                               Falls Church, VA 22042
                               (703) 548-8400 / (703) 836-6289 (facsimile)
                               *Counsel for Plaintiff*

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUALITY AIR SERVICES, LLC )
)
)
)
Plaintiff, )
)
v. ) Case No. 08 CV 00690 (ESH)
)
MILWAUKEE VALVE COMPANY, INC. )
d/b/a HAMMOND VALVE COMPANY )
)
Defendant. )
)

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

1. Discovery shall commence August 8, 2008 and conclude December 15, 2008.

2. The parties agree that initial disclosures pursuant to Fed. R. Civ. P. 26 (a) (1) shall be made on or before September 15, 2008.

3. The parties are limited to 5 non-party depositions per side.

4. Each party may serve no more than 35 interrogatories, including subparts, with no limitations on the number of requests for production of documents or requests for admission.

5. The Plaintiff shall make disclosures pursuant to Fed. R. Civ. P. 26 (a) (2) on or before October 15, 2008.

6. The Defendant shall make disclosures pursuant to Fed. R. Civ. P. 26 (a) (2) on or before November 15, 2008.

7. Dispositive motions shall be filed on or before January 15, 2009.

8. Oppositions to dispositive motions shall be filed on or before February 1, 2009.

9. Replies to oppositions to dispositive motions shall be filed on or before February 15, 2009.

10. Pretrial of this action shall take place on February _____, 2009.


_____
Ellen Segal Huvelle, Judge


<u>Copies</u>:

Kevin Byrnes
Valerie Tetro
Jeffrey Seaman
Francis McCullough

2