UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUALITY AIR SERVICES, LLC

      Plaintiff,

v.

MILWAUKEE VALVE COMPANY,
INC. d/b/a HAMMOND VALVE
COMPANY,

      Defendant.

08 CV 00690 (ESH)

## DEFENDANT'S PROPOSED SCHEDULING ORDER

1. Discovery shall commence August 8, 2008 and conclude March 30, 2009.

2. The parties agree that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made on or before September 15, 2008.

3. The parties are limited to 15 depositions per side.

4. Each party may serve no more than 35 interrogatories, including subparts, 30 requests for production of documents and 25 requests for admission.

5. The Plaintiffs shall make disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on or before December 15, 2008.

6. The Defendants shall make disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on or before February 16, 2009.

7. Dispositive motions shall be filed on or before May 4, 2009.

8. Oppositions to dispositive motions shall be filed on or before June 4, 2009.

9. Replies to oppositions to dispositive motions shall be filed on or before June 18, 2009.

10. Pretrial of this action shall take place on July _____, 2009.

_____
Ellen Segal Huvelle, Judge

Copies:

Kevin Byrnes
Valerie Tetro
Jeffrey Seaman
Francis McCullough