## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **QUALITY AIR SERVICES, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-cv-690 (ESH) |
| **MILWAUKEE VALVE COMPANY, INC.,** | ) | |
| Defendant. | ) | |

## ORDER

The Court having been advised by counsel that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 21 days from the date of this Order. If settlement is not consummated within that 21-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**SO ORDERED.**


  /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 18, 2010